IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ERIC SCOTT MYERS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.                                        CASE NO. 1D15-2290

STATE OF FLORIDA,

Appellee.
_____/

Opinion filed December 1, 2015.

An appeal from the Circuit Court for Okaloosa County.
Michael Flowers, Judge.

Eric Scott Myers, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Michael McDermott, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

LEWIS, THOMAS, and ROWE, JJ., CONCUR.